# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA, | CASE NO. 1:10-cv-01019-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 12) |
| UNITED STATES DISTRICT COURT, et al., | |
| Defendants. | |

Plaintiff Kenneth Alan Sierra ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2010, Plaintiff filed a motion "for order granting automatic nullification of consent to jurisdiction of United States Magistrate Judge of record Sheila K. Oberto. Upon a, the, clarification of familiarity with the security department of corrections agents Jim Clark; J.E. Johnson; J. Johnson; J. Jackson; R. Johnson, Placing Review before United States District Judge." (Doc. #12.)

Plaintiff has failed to cite to any statute, rule, case law, or any other authority which permits a litigant to nullify or revoke consent to jurisdiction by U.S. Magistrate Judge. Plaintiff has failed to identify any persuasive grounds to permit him to revoke consent in this case. Accordingly, Plaintiff's it is HEREBY ORDERED that Plaintiff's motion is DENIED.

IT IS SO ORDERED.

**Dated:     February 8, 2011**                    **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE

1